IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    APRIL L. LaRUE and
    BRENT A. LaRUE,
    Debtors,

Chapter 13
Case No. 1-17-bk-04525

## ORDER GRANTING APPLICATION OF ATTORNEY FOR CHATPER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, following an Application filed by Debtors' counsel, after appropriate notice and hearing, and for good cause shown, it is hereby

ORDERED that the Application is APPROVED. Compensation of $3,974.33 and reimbursement of expenses of $25.67 for the period 3/17/17 – 8/24/18 shall be paid through the Plan.

BY THE COURT,