Rev. 06/23/08

LOCAL BANKRUPTCY FORM 3015-2(b)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
APRIL L. LARUE
BRENT A. LARUE

Debtor(s)

CHAPTER 13

CASE NO. 1-17-bk-04525

CERTIFICATION REGARDING SERVICE OF MOTION TO MODIFY PLAN
(Altering Funding or Making Technical Amendments)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the _____ Motion to Modify Plan filed 9/12/19 proposes to alter the funding of, or to make technical amendments to, the Chapter 13 Plan confirmed on 3/1/19 but does not affect the treatment of the claims of any creditors included in the confirmed Plan, including the amounts to be paid, the timing of the payments or the treatment of collateral:

I further certify that the _____ Motion to Modify has been served on the Chapter 13 trustee, and because none of the claims provided for in the plan will be affected by the provisions of the _____ Motion to Modify, no further notice is required.

/s/ Sara A. Austin
Counsel for Debtor(s)

Dated: 9/13/19