United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
April L LaRue  
Brent A LaRue  
    Debtors

Case No. 17-04525-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: Mar 09, 2020  
                       Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5007086       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2020 19:35:19     Ditech Financial LLC,  
         PO Box 6154,   Rapid City SD 57709-6154  
                                                                                                                            TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2020 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         Sara A. Austin    on behalf of Debtor 2 Brent A LaRue saa2@austinlawllc.com,  
         jhughes@austinlawllc.com;r64954@notify.bestcase.com  
         Sara A. Austin    on behalf of Debtor 1 April L LaRue saa2@austinlawllc.com,  
         jhughes@austinlawllc.com;r64954@notify.bestcase.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
         William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital  
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
                                                                                                                                                                                     TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-04525-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

April L LaRue
1852 Radnor Road
York PA 17402

Brent A LaRue
1852 Radnor Road
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 16: Ditech Financial LLC, PO Box 6154, Rapid City SD 57709

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/11/20

Terrence S. Miller
**CLERK OF THE COURT**