Certificate Number: 14912-PAM-DE-037097190

Bankruptcy Case Number: 17-04525


14912-PAM-DE-037097190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2023, at 4:02 o'clock PM EST, April Larue completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 10, 2023    By:    /s/Jai Bhatt

                                           Name:  Jai Bhatt

                                           Title:  Counselor