**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: April L Larue
    Brent A Larue

                        Case No.: 1-17-04525HWV

                        Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Shellpoint Mortgage |
| Court Claim Number: | 16 |
| Last Four of Loan Number: | 4576 |
| Property Address if applicable: | 1852 Radnore Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,103.78 |
| b. | Prepetition arrearages paid by the trustee: | $1,103.78 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,103.78 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: April 27, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:     April L Larue
        Brent A Larue                   Case No.: 1-17-04525HWV
                                                   Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 27, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Sara Austin, Esquire
Austin Law Firm
226 E Market St
Suite 2
York PA 17403

**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

April L Larue
Brent A Larue
1852 Radnore Rd
York, PA 17402

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 27, 2023                   /s/ Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-04525  APRIL L LARUE

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

Acct No: 4576/PRE ARREARS/1852 RAI

Sequence: 24
Modify:
Filed Date: 12/29/2017 12:00:00AM
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $164,132.00 | Debt: $1,103.78 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $1,103.78 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/13/2022 | 2020018 | $11.76 | $0.00 | $11.76 | 12/20/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2022 | 2019069 | $79.98 | $0.00 | $79.98 | 12/08/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/18/2022 | 2018027 | $164.35 | $0.00 | $164.35 | 10/26/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/17/2022 | 2015949 | $84.37 | $0.00 | $84.37 | 08/24/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/13/2022 | 2014885 | $84.37 | $0.00 | $84.37 | 07/20/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/17/2022 | 2012885 | $78.52 | $0.00 | $78.52 | 05/25/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/12/2022 | 2011811 | $78.52 | $0.00 | $78.52 | 04/22/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/16/2022 | 2010791 | $78.52 | $0.00 | $78.52 | 03/23/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/16/2022 | 2009807 | $78.52 | $0.00 | $78.52 | 02/28/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $78.52 | $0.00 | $78.52 | 01/27/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $78.52 | $0.00 | $78.52 | 12/29/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $78.52 | $0.00 | $78.52 | 11/23/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $78.52 | $0.00 | $78.52 | 10/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/14/2021 | 2004721 | $50.79 | $0.00 | $50.79 | 09/20/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $1,103.78 | $0.00 | $1,103.78 | |
| | | | | Grand Total: | $1,103.78 | $0.00 | | |