United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
April L LaRue  
Brent A LaRue  
    Debtors

Case No. 17-04525-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 6  
Date Rcvd: May 15, 2023      Form ID: 3180W      Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | April L LaRue, Brent A LaRue, 1852 Radnor Road, York, PA 17402-4812 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 4986803 | | ADVANCED RADIOLOGY, 26999 NETWORK PLACE, CHICAGO IL 60673-1269 |
| 5003642 | + | CITY OF BALTIMORE, REVENUE COLLECTIONS, P. O. BOX 17535, BALTIMORE MD 21297-1535 |
| 4986820 | | DERMATOLOGY ASSOCIATES OF YORK, C/O PEERLESS CREDIT SERVICES, P. O. BOX 518, MIDDLETOWN PA 17057-0518 |
| 4986821 | | DITECH FINANCIAL, P. O. BOX 6172, RAPID CITY SD 57709 |
| 5007086 | | Ditech Financial LLC, PO Box 6154, Rapid City SD 57709 |
| 4986829 | + | LTO FINANCIAL SERVICES LP, 7322 SW FREEWAY STE 1600, HOUSTON TX 77074-2134 |
| 4986831 | | MEDICAL ATLANTIC GEN HOSP., C/O DELMARVA COLLECTION, P. O. BOX 37, SALISBURY MD 21803-0037 |
| 4986842 | + | PROTECTION ONE SECURITY, P. O. BOX 49292, WICHITA KS 67201-9292 |
| 4986844 | + | REVENUE COLLECTIONS, CITY OF BALTIMORE, P. O. BOX 17535, BALTIMORE MD 21297-1535 |
| 4986845 | | SANTANDER CONSUMER USA, P. O. BOX 961245, TERRELL TX 75161 |
| 4986851 | + | U.S. DEPT OF EDUC / NAVIENT, 123 JUSTISON ST. 3RD FLOOR, WILMINGTON DE 19801-5360 |
| 4986852 | | U.S. DEPT. OF EDUC / NELNET, P. O. BOX 740283, ATLANTA GA 30374-0283 |
| 4986854 | | VERIZON, C/O DIVERSIFIED CONSULTATIONS, P. O. BOX 551268, JACKSONVILLE FL 32255-1268 |
| 4986855 | + | WELLS FARGO BY SUBST. TRUSTEE, C/O SHAPIRO & BROWN, LLP, 10021 BALLS FORD RD. SUITE 200, MANASSAS VA 20109-2666 |
| 5003685 | + | YORKTOWNE DENTAL FAMILY PRACT, 2851 EASTERN BLVD, YORK PA 17402-2909 |
| 5003628 | + | Yorktowne Dental Family Practice, 2851 Eastern Blvd., York, PA 17402-2909 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2023 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | | Email/Text: enotifications@santanderconsumerusa.com | May 15 2023 18:39:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 4995861 | + | Email/Text: amscbankruptcy@adt.com | May 15 2023 18:39:00 | ADT Security Services, Inc., 3190 S. Vaughn Way, Aurora, CO 80014-3541 |
| 4986804 | | Email/Text: EBNProcessing@afni.com | May 15 2023 18:39:00 | AFNI, INC. / SPRINT, P. O. BOX 3517, BLOOMINGTON IL 61702-3517 |
| 4986805 | | EDI: URSI.COM | May 15 2023 22:40:00 | ALLTRAN FINANCIAL, P. O. BOX 722910, HOUSTON TX 77272-2910 |
| 4986806 | | EDI: BANKAMER.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | May 15 2023 22:40:00 | BANK OF AMERICA, P. O. BOX 15019, WILMINGTON DE 19886-5019 |
| 4986807 | + | Email/Text: Bankruptcies@nragroup.com | May 15 2023 18:39:00 | BG&E, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON ST., HARRISBURG PA 17111-1036 |
| 5030115 | + | Email/Text: BGEBankruptcy@BGE.com | May 15 2023 18:39:00 | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 5033691 | + | EDI: BANKAMER2.COM | May 15 2023 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4986808 | | EDI: CAPITALONE.COM | May 15 2023 22:40:00 | CAPITAL ONE, P. O. BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 4986809 | + | EDI: CAPITALONE.COM | May 15 2023 22:40:00 | CAPITAL ONE BANK, P. O. BOX 30281, SALT LAKE CITY UT 84130-0281 |
| 4986810 | + | Email/Text: bankruptcy@cavps.com | May 15 2023 18:39:00 | CAVALRY PORTFOLIO, 500 SUMMIT LAKE DR. STE 4A, VALHALLA NY 10595-2323 |
| 4986812 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2023 18:39:00 | CHRYSLER CAPITAL, P. O. BOX 961279, FORT WORTH TX 76161-0279 |
| 4986813 | | EDI: CITICORP.COM | May 15 2023 22:40:00 | CITIBANK / THE HOME DEPOT, P. O. BOX 6497, SIOUX FALLS SD 57117-6497 |
| 4986814 | + | EDI: WFNNB.COM | May 15 2023 22:40:00 | COMENITY BANK, P. O. BOX 182789, COLUMBUS OH 43218-2789 |
| 4986816 | | EDI: WFNNB.COM | May 15 2023 22:40:00 | COMENITY CAPITAL - HSN, P. O. BOX 182120, COLUMBUS OH 43218-2120 |
| 4986817 | | EDI: CONVERGENT.COM | May 15 2023 22:40:00 | CONVERGENT, P. O. BOX 9004, RENTON WA 98057-9004 |
| 4986818 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 15 2023 18:39:00 | CREDIT CORP. SOLUTIONS, 180 ELECTION RD. SUITE 200, DRAPER UT 84020 |
| 4986819 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2023 18:44:46 | CREDIT ONE BANK, P. O. BOX 98872, LAS VEGAS NV 89193-8872 |
| 5007049 | | EDI: CAPITALONE.COM | May 15 2023 22:40:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5001019 | | Email/PDF: bncnotices@becket-lee.com | May 15 2023 18:55:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5012226 | + | Email/Text: bankruptcy@cavps.com | May 15 2023 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4995342 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2023 18:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5016730 | | EDI: Q3G.COM | May 15 2023 22:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4986823 | + | Email/Text: bankruptcydept@wyn.com | May 15 2023 18:39:00 | FAIRFIELD ACCEPTANCE, 10750 W. CHARLESTONE SUITE 130, LAS VEGAS NV 89135-1049 |
| 4986824 | | Email/Text: data_processing@fin-rec.com | May 15 2023 18:39:00 | FINANCIAL RECOVERY SERVICES, P. O. BOX 385908, MINNEAPOLIS MN 55438-5908 |
| 4986825 | + | Email/Text: crdept@na.firstsource.com | May 15 2023 18:39:00 | FIRSTSOURCE ADVANTAGE, LLC, 205 BRYANT WOODS SOUTH, AMHERST NY 14228-3609 |
| 4986826 | | EDI: IRS.COM | May 15 2023 22:40:00 | INTERNAL REVENUE SERVICE, P. O. BOX 21126, PHILADELPHIA PA 19114 |
| 4986811 | | EDI: JPMORGANCHASE | May 15 2023 22:40:00 | CHASE CARD SERVICES, P. O. BOX 94014, PALATINE IL 60094 |
| 4986827 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4986828 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2023 18:39:00 | KOHL'S, P.O. BOX 3043, MILWAUKEE WI 53201-3043 |
| | | | May 15 2023 18:39:00 | KOHL'S, P.O. BOX 3084, MILWAUKEE WI 53201-3084 |
| 5033715 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2023 18:44:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4986830 | + | Email/Text: bankruptcy@marinerfinance.com | May 15 2023 18:39:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM MD 21236-5904 |
| 4986832 | + | Email/Text: bankruptcydepartment@tsico.com | May 15 2023 18:39:00 | MEDSTAR FRANKLIN SQUARE PHYS., C/O TRANSWORLD SYSTEMS, P. O. BOX 15273, WILMINGTON DE 19850-5273 |
| 4986833 | + | Email/Text: Bankruptcies@nragroup.com | May 15 2023 18:39:00 | MEDSTAR HEALTH ANESTHESIA, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON ST., HARRISBURG PA 17111-1036 |
| 4986834 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2023 18:44:42 | MERRICK BANK, P. O. BOX 1500, DRAPER UT 84020-1127 |
| 4986835 | | Email/Text: bankruptcydpt@mcmcg.com | May 15 2023 18:39:00 | MIDLAND CREDIT MGMT., P. O. BIX 13105, ROANOKE VA 24031-3105 |
| 4986836 | ^ | MEBN | May 15 2023 18:37:04 | MRS BPO, LLC, 1930 OLNEY AVE., CHERRY HILL NJ 08003-2016 |
| 4986837 | + | Email/Text: mrivera@murphylomon.com | May 15 2023 18:39:00 | MURPHY LEMON & ASSOCIATES, 2860 RIVER RD. SUITE 200, DES PLAINES IL 60018-6007 |
| 5010269 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2023 18:44:41 | Merrick Bank Corporation, PO Box 5000, Draper, UT 84020-5000 |
| 5001462 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2023 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4986839 | + | Email/Text: ngisupport@radiusgs.com | May 15 2023 18:39:00 | NORTHLAND GROUP, P. O. BOX 390846, MINNEAPOLIS MN 55439-0846 |
| 4999245 | | Email/Text: ECMCBKNotices@ecmc.org | May 15 2023 18:39:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5310132 | | Email/Text: mtgbk@shellpointmtg.com | May 15 2023 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5310133 | | Email/Text: mtgbk@shellpointmtg.com | May 15 2023 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4986840 | | Email/Text: joey@rmscollect.com | May 15 2023 18:39:00 | PATIENT FIRST, C/O RECEIVABLES MANAGEMENT SYS, P. O. BOX 8630, RICHMOND VA 23226-0630 |
| 4986841 | | EDI: PRA.COM | May 15 2023 22:40:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD. SUITE 1, NORFOLK VA 23502 |
| 5003732 | | EDI: PRA.COM | May 15 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4987753 | + | EDI: RECOVERYCORP.COM | May 15 2023 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4986843 | | Email/Text: bankruptcies@penncredit.com | May 15 2023 18:39:00 | QVC EASY PAY, INC., C/O PENN CREDIT CORP., P. O. BOX 988, HARRISBURG PA 17108-0988 |
| 5032020 | | EDI: Q3G.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5032009 | | EDI: Q3G.COM | May 15 2023 22:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5032028 | | EDI: Q3G.COM | May 15 2023 22:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4995341 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2023 22:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5007742 | | EDI: AISSPRINT | May 15 2023 18:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 4986846 | | EDI: RMSC.COM | May 15 2023 22:40:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 4986847 | | EDI: RMSC.COM | May 15 2023 22:40:00 | SYNCHRONY BANK, P. O. BOX 965033, ORLANDO FL 32896-5033 |
| 4986848 | | EDI: RMSC.COM | May 15 2023 22:40:00 | SYNCHRONY BANK / QVC, P. O. BOX 530905, ATLANTA GA 30353-0905 |
| 4986849 | | EDI: RMSC.COM | May 15 2023 22:40:00 | SYNCHRONY BANK / TRU, P. O. BOX 965013, ORLANDO FL 32896-5013 |
| 4986850 | | EDI: WTRRNBANK.COM | May 15 2023 22:40:00 | SYNCHRONY BANK / VALUE CITY F, P. O. BOX 965005, ORLANDO FL 32896-5036 |
| 5034653 | + | Email/Text: bncmail@w-legal.com | May 15 2023 22:40:00 | TARGET, P. O. BOX 660170, DALLAS TX 75266-0170 |
| 4986853 | + | Email/Text: BAN5620@UCBINC.COM | May 15 2023 18:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4992964 | + | Email/Text: electronicbkydocs@nelnet.net | May 15 2023 18:39:00 | UNITED COLLECTION BUREAU, 5620 SOUTHWYCK BLVD STE 206, TOLEDO OH 43614-1501 |
| 5014341 | | EDI: NAVIENTFKASMSERV.COM | May 15 2023 18:39:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5007353 | | EDI: AIS.COM | May 15 2023 22:40:00 | VL FUDNING c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 4986856 | | Email/Text: bankruptcydept@wyn.com | May 15 2023 22:40:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| | | | May 15 2023 18:39:00 | WYNDHAM VACATION RESORTS, P. O. BOX 98940, LAS VEGAS NV 89193 |

TOTAL: 66

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5003630 | | 17-04525 |
| 4986802 | | 17-4525 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5003631 | * | ADVANCED RADIOLOGY, 26999 NETWORK PLACE, CHICAGO IL 60673-1269 |
| 5003632 | * | AFNI, INC. / SPRINT, P. O. BOX 3517, BLOOMINGTON IL 61702-3517 |
| 5003633 | * | ALLTRAN FINANCIAL, P. O. BOX 722910, HOUSTON TX 77272-2910 |
| 5003634 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANK OF AMERICA, P. O. BOX 15019, WILMINGTON DE 19886-5019 |
| 5003635 | *+ | BG&E, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON ST., HARRISBURG PA 17111-1036 |
| 5003636 | * | CAPITAL ONE, P. O. BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 5003637 | *+ | CAPITAL ONE BANK, P. O. BOX 30281, SALT LAKE CITY UT 84130-0281 |

| Recipient # | Flags | Name and Address |
|---|---|---|
| 5003638 | *+ | CAVALRY PORTFOLIO, 500 SUMMIT LAKE DR. STE 4A, VALHALLA NY 10595-2323 |
| 5003640 | *+ | CHRYSLER CAPITAL, P. O. BOX 961279, FORT WORTH TX 76161-0279 |
| 5003641 | * | CITIBANK / THE HOME DEPOT, P. O. BOX 6497, SIOUX FALLS SD 57117-6497 |
| 5003643 | *+ | COMENITY BANK, P. O. BOX 182789, COLUMBUS OH 43218-2789 |
| 4986815 | *+ | COMENITY BANK, P. O. BOX 182789, COLUMBUS OH 43218-2789 |
| 5003644 | *+ | COMENITY BANK, P. O. BOX 182789, COLUMBUS OH 43218-2789 |
| 5003645 | * | COMENITY CAPITAL - HSN, P. O. BOX 182120, COLUMBUS OH 43218-2120 |
| 5003646 | * | CONVERGENT, P. O. BOX 9004, RENTON WA 98057-9004 |
| 5003647 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, CREDIT CORP. SOLUTIONS, 180 ELECTION RD. SUITE 200, DRAPER UT 84020 |
| 5003648 | *+ | CREDIT ONE BANK, P. O. BOX 98872, LAS VEGAS NV 89193-8872 |
| 5003649 | * | DERMATOLOGY ASSOCIATES OF YORK, C/O PEERLESS CREDIT SERVICES, P. O. BOX 518, MIDDLETOWN PA 17057-0518 |
| 5003650 | * | DITECH FINANCIAL, P. O. BOX 6172, RAPID CITY SD 57709 |
| 5003651 | *+ | DSNB / MACYS DEPT. STORE, P. O. BOX 8218, MASON OH 45040-8218 |
| 5003652 | *+ | FAIRFIELD ACCEPTANCE, 10750 W. CHARLESTONE SUITE 130, LAS VEGAS NV 89135-1049 |
| 5003653 | * | FINANCIAL RECOVERY SERVICES, P. O. BOX 385908, MINNEAPOLIS MN 55438-5908 |
| 5003654 | *+ | FIRSTSOURCE ADVANTAGE, LLC, 205 BRYANT WOODS SOUTH, AMHERST NY 14228-3609 |
| 5003655 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, INTERNAL REVENUE SERVICE, P. O. BOX 21126, PHILADELPHIA PA 19114 |
| 5003639 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, P. O. BOX 94014, PALATINE IL 60094 |
| 5003656 | * | KOHL'S, P.O. BOX 3043, MILWAUKEE WI 53201-3043 |
| 5003657 | *+ | KOHL'S, P.O. BOX 3084, MILWAUKEE WI 53201-3084 |
| 5003658 | *+ | LTO FINANCIAL SERVICES LP, 7322 SW FREEWAY STE 1600, HOUSTON TX 77074-2134 |
| 5003659 | *+ | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM MD 21236-5904 |
| 5003660 | * | MEDICAL ATLANTIC GEN HOSP., C/O DELMARVA COLLECTION, P. O. BOX 37, SALISBURY MD 21803-0037 |
| 5003661 | *+ | MEDSTAR FRANKLIN SQUARE PHYS., C/O TRANSWORLD SYSTEMS, P. O. BOX 15273, WILMINGTON DE 19850-5273 |
| 5003662 | *+ | MEDSTAR HEALTH ANESTHESIA, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON ST., HARRISBURG PA 17111-1036 |
| 5003663 | *+ | MERRICK BANK, P. O. BOX 1500, DRAPER UT 84020-1127 |
| 5003664 | * | MIDLAND CREDIT MGMT., P. O. BIX 13105, ROANOKE VA 24031-3105 |
| 5003665 | *+ | MRS BPO, LLC, 1930 OLNEY AVE., CHERRY HILL NJ 08003-2016 |
| 5003666 | *+ | MURPHY LEMON & ASSOCIATES, 2860 RIVER RD. SUITE 200, DES PLAINES IL 60018-6007 |
| 5031325 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5003667 | *+ | NETLNET, 3015 PARKER RD. SUITE 400, AURORA CO 80014-2904 |
| 5003668 | *+ | NORTHLAND GROUP, P. O. BOX 390846, MINNEAPOLIS MN 55439-0846 |
| 5003669 | * | PATIENT FIRST, C/O RECEIVABLES MANAGEMENT SYS, P. O. BOX 8630, RICHMOND VA 23226-0630 |
| 5003670 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, 120 CORPORATE BLVD. SUITE 1, NORFOLK VA 23502 |
| 5003671 | *+ | PROTECTION ONE SECURITY, P. O. BOX 49292, WICHITA KS 67201-9292 |
| 5003672 | * | QVC EASY PAY, INC., C/O PENN CREDIT CORP., P. O. BOX 988, HARRISBURG PA 17108-0988 |
| 5003673 | * | SANTANDER CONSUMER USA, P. O. BOX 961245, TERRELL TX 75161 |
| 5003674 | * | SYNCHRONY BANK, P. O. BOX 965033, ORLANDO FL 32896-5033 |
| 5003675 | * | SYNCHRONY BANK / QVC, P. O. BOX 530905, ATLANTA GA 30353-0905 |
| 5003676 | * | SYNCHRONY BANK / TRU, P. O. BOX 965013, ORLANDO FL 32896-5013 |
| 5003677 | * | SYNCHRONY BANK / VALUE CITY F, P. O. BOX 965005, ORLANDO FL 32896-5036 |
| 5003678 | * | TARGET, P. O. BOX 660170, DALLAS TX 75266-0170 |
| 5003679 | *+ | U.S. DEPT OF EDUC / NAVIENT, 123 JUSTISON ST. 3RD FLOOR, WILMINGTON DE 19801-5360 |
| 5003680 | * | U.S. DEPT. OF EDUC / NELNET, P. O. BOX 740283, ATLANTA GA 30374-0283 |
| 5003681 | *+ | UNITED COLLECTION BUREAU, 5620 SOUTHWYCK BLVD STE 206, TOLEDO OH 43614-1501 |
| 5003682 | * | VERIZON, C/O DIVERSIFIED CONSULTATIONS, P. O. BOX 551268, JACKSONVILLE FL 32255-1268 |
| 5003683 | *+ | WELLS FARGO BY SUBST. TRUSTEE, C/O SHAPIRO & BROWN, LLP, 10021 BALLS FORD RD. SUITE 200, MANASSAS VA 20109-2666 |
| 5003684 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, WYNDHAM VACATION RESORTS, P. O. BOX 98940, LAS VEGAS NV 89193 |
| 4986822 | ##+ | DSNB / MACYS DEPT. STORE, P. O. BOX 8218, MASON OH 45040-8218 |
| 4986838 | ##+ | NETLNET, 3015 PARKER RD. SUITE 400, AURORA CO 80014-2904 |

TOTAL: 2 Undeliverable, 56 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Sara A. Austin | on behalf of Debtor 2 Brent A LaRue saa2@austinlawllc.com jhughes@austinlawllc.com;r64954@notify.bestcase.com |
| Sara A. Austin | on behalf of Debtor 1 April L LaRue saa2@austinlawllc.com jhughes@austinlawllc.com;r64954@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | April L LaRue<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−7632<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | Brent A LaRue<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−2573<br>EIN  __−_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:17−bk−04525−HWV | | |

# Order of Discharge                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

April L LaRue                                      Brent A LaRue

**By the court:**   _signature_

5/15/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**